Order issued September 20, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00320-CR

PAOLA ALEXANDRA HELLMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 6
Dallas County, Texas
Trial Court Cause No. MB10-53817-G

## ORDER

The Court **GRANTS** appellant's September 6, 2012 motion for extension of time to file

appellant's brief. Appellant's brief received by the Clerk on September 6, 2012 is **DEEMED** timely

filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

_____
LANA MYERS
JUSTICE